AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Sean King Telephone: (313) 226-9100
Special Agent: Michael Wagner Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

Sam Jesus ORTIZ, III

Case No.

Case: 2:26−mj−30618
Assigned To : Unassigned
Assign. Date : 10/2/2026
Description: RE: SAM JESUS ORTIZ, III (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of in or about November 2025 to in or about December 2025 in the county of Macomb and elsewhere in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual exploitation of a child and attempt |
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor and attempt |
| 18 U.S.C. § 1470 | Transfer of obscene material to a minor and attempt |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Michael Wagner
*Complainant's signature*

Michael Wanger, Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

David R. Grand
*Judge's signature*

Date: October 2, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Michael Wagner, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since December 2022. I am assigned to the Detroit, Michigan field office on the Joint Terrorism Task Force. I am responsible for investigating Domestic Terrorism cases (including Racially Motivated Violent Extremism, Anti-Government Extremism, Anarchist Extremism, and Nihilistic Violent Extremism), as well as other Counterterrorism threat assessments and threat to life matters. During these investigations, my duties included participating in search warrants, electronic and physical surveillance, and electronic analysis. I have also conducted numerous investigations in which the seizure of electronic devices have aided in identifying individuals responsible for or involved with various criminal activities. I have experience in the investigation, apprehension and prosecution of individuals involved in federal criminal offenses.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Sam Jesus ORTIZ III for violations of 18 U.S.C. §§ 2251(a) (sexual exploitation of a child and attempt), 2422(b) (coercion and enticement of a minor and attempt), and 1470 (transfer of obscene material to a minor and attempt).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

## PROBABLE CAUSE

### Nihilistic Violent Extremists

4. Nihilistic Violent Extremists (NVE) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.

5. NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States and the globe. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by, among other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of child sexual abuse material (CSAM) and gore material,

and otherwise corrupting and grooming those individuals towards committing future acts of violence.

6. Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

7. Historically, NVEs systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, or the threat of force, the victims to mutilate themselves or do violence, or threaten violence, to others and either film or photograph such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

8. NVE networks have adopted various monikers to identify themselves. The networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of

different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVE.

**764 and Related Networks**

9. "764" and related groups are NVEs who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work in concert with one another towards a common purpose of destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

**Identification of ORTIZ and Online Conduct**

10. In December 2025, FBI Detroit received information about a possible NVE/"swatting"[1] subject located in the Detroit metro area. According to the report, on November 5, 2025, a local Florida police department responded to a swatting incident at a residential address involving an identified Minor Victim 1 (MV1) known to law enforcement. According to MV1, multiple Discord[2] users conducted

[1] Based on my training and experience, I know swatting to involve false reporting of imminent or ongoing crimes to solicit an armed police or SWAT response, usually to harass or intimidate the victim and drain law enforcement resources.

[2] Discord is a social platform that allows users to communicate through voice calls, video calls, text messaging, and media. Discord is available on desktop, mobile devices, web browsers, and gaming consoles, allowing seamless communication across multiple devices.

the swatting and MV1 provided a phone number ending x8184 as associated with one of the perpetrators.

11. Information provided by AT&T in response to a subpoena regarding phone number x8184 identified "Sam Ortizii" as the user of the phone number since December 2022. According to AT&T's information, in July 2026, phone service was discontinued for phone number x8184. However, in September 2026, the FBI learned from AT&T that the same device with a known and unique International Mobile Equipment Identity number previously associated to phone number x8184 was assigned a new phone number ending x8191. The new phone number is registered to "Sam Ortiz" at a known residence that law enforcement also associated to ORTIZ based on law enforcement database checks.

12. The FBI queried phone number x8184 through the National Center for Missing and Exploited Children (NCMEC) for associated cyber tips and identified several reports associated to that phone number. The NCMEC reports indicated that Discord and Instagram accounts were used to share apparent CSAM and engage in conduct consistent with online enticement of a minor.

13. Based on this and other information, the FBI obtained search warrants on the identified Discord and Instagram accounts, including Instagram Account 1. Review of information from the warrants confirmed that ORTIZ used these accounts. In particular, the FBI identified images the user sent of his face, which

are consistent with ORTIZ's appearance based on comparison to ORTIZ's photo in Michigan Secretary of State records and photos of ORTIZ taken during physical surveillance in July and September 2026, and observations during an interview on October 1, 2026.

14. Records from Meta show that Instagram Account 1 associated with ORTIZ communicated with a confirmed minor victim (MV3)[3] from November to December 2025. In the conversation, MV3 and ORTIZ discussed not being able to see each other due to MV3's age and how they would both get into trouble. In early December 2025, ORTIZ told MV3, "i miss ur pretty litl body." MV3 responded, "I'm riding my pillow" and ORTIZ responded, "show me." ORTIZ then told MV3, "i wna see ur prett little body". MV3 asked ORTIZ how to do this and ORTIZ stated, "pics duhh". MV3 and ORTIZ then discuss MV3 masturbating, but MV3 expressed concern about being caught by her parents. When MV3 told ORTIZ that MV3 is masturbating, ORTIZ stated, "good shiw me". MV3 proceeded to send a picture to ORTIZ showing a minor female's breasts with the top of her pubic bone visible. ORTIZ replied, "ur so pretty all naked and slutty for

---

[3] Information obtained through law enforcement databases revealed MV3 to be a minor female located outside of Michigan. Child Protective Services and local law enforcement confirmed MV3 was a minor.

me”. ORTIZ continued to ask MV3 to “show more” and MV3 continued to send ORTIZ photos of a minor female with her breast exposed.

15. ORTIZ then asked MV3 to “find ur brush”. ORTIZ and MV3 then have the following exchange:

> MV3: no please…it’ll hurt
>
> ORTIZ: u like being groomed beainless…so what
>
> MV3: it’ll hurt that hurts it hurts please just my fingers…please…I’ve been good I’ve been listening to you please
>
> MV3: Pleasses I miss you I miss you I miss you
>
> ORTIZ: get it…niw
>
> MV3: Dad please….please it hurts it hurts so bad…please….no more no more
>
> ORTIZ: show me it in u

Based on the context of previous conversations and my training and experience with NVE subjects who often ask victims to use objects for masturbation, ORTIZ told MV3 to use a hairbrush to masturbate and then requested images of the hairbrush in MV3’s vagina, which, if sent, would meet the federal definition of child pornography.

16. In August 2026, MV3 was forensically interviewed. During the interview, MV3 recalled interacting with an Instagram username known to law

enforcement (User-1). Meta's records obtained pursuant to an additional federal search warrant for Instagram, indicate that ORTIZ used "User-1" as an Instagram username for the accounts attributable to him and linked phone number x8184.

17. MV3 believed she told "User-1" that she was 15 years old. MV3 met "User-1" on Instagram, where they frequently messaged, and voice and video called. MV3 recalled the username "User-1" showing his face during one of these calls, and she described him as having long and greasy hair. MV3's description matches ORTIZ's appearance as physically observed by the FBI.

18. MV3 stated that during the video calls, "User-1" instructed MV3 to perform sexual acts, such as masturbating. MV3 also sent additional nude photos and videos of herself to "User-1" on Instagram and Discord. On at least one occasion, "User-1" asked MV3 to masturbate in front of other people online. MV3 felt uncomfortable by this request and provided "User-1" with an excuse to not comply. MV3 confirmed that the images sent on Instagram in December 2025 were of her body.

19. At some point, MV3 recalled "User-1" asking her to cut herself, which I believe ORTIZ requested MV3 to maim/self-mutilate through cutting. When MV3 refused to cut herself, "User-1" threatened to "swat" her, which is another NVE tactic to extort and blackmail individuals to comply with demands of the network.

20. Review of the additional Instagram search warrant returns associated to ORTIZ revealed a conversation between ORTIZ and a user account associated to MV1. During the conversation in November 2025, MV1 identified her age as 16, to which ORTIZ replied, “hot.” ORTIZ and MV1 discuss the “com” where ORTIZ claimed to have been involved in the groups. Based on my training and experience, the term “com” refers to a community of people associated to NVE groups.

21. In the conversation, ORTIZ told MV1, “need a cute little girl camshow…” and that he was, “horny.” In response, MV1 told ORTIZ to watch “cp” and ORTIZ replied, “ok get on cam”. Based on my training and experience, “cp” refers to child pornography and ORTIZ requested MV1 to provide him the child pornography through a video call with MV1. Shortly later in the conversation, ORTIZ stated, “idfk help me before im locked in a public place and cant beat my dick to hot minors”.

22. Agents observed a conversation with another purported minor victim (MV6) in review of the additional Instagram search warrant returns associated to ORTIZ. In a November 2025 conversation, MV6 told ORTIZ, “im 15”. MV6 and ORTIZ discuss MV6 masturbating and at one point, ORTIZ stated, “grab ur brush i wna torture u”. MV6 told ORTIZ that the last time MV6 used it, MV6 started to bleed. ORTIZ replied, “that’s hot” and “imagine going to skl all shy and sore bc

boyfie made u fuck ur brains out". Based on my training and experience, the term "skl" refers to school.

23. In the conversation, MV6 claimed to have obtained the brush and presumably inserted it into MV6's vagina. ORTIZ stated, "good" "now start fucking yourself" "think abt how good im gna feel filling u up wif warm cummies" "raping ur litl body". ORTIZ then asked, "do you want a video hm?" and sent a video of himself masturbating. In the video, tattoos are visible on ORTIZ's left forearm, which match images of ORTIZ found on Instagram and FBI's physical observations of ORTIZ.

24. On October 1, 2026, the FBI executed search warrants at ORTIZ's residence. During search of his residence, agents located a cell phone in ORTIZ's bedroom. ORTIZ provided the passcode to unlock the phone. The cell phone was confirmed to be using phone number ending x8191.

25. In post-*Mirandized* interviews, ORTIZ admitted to receiving sexually explicit images and videos from minors and sending sexually explicit images and videos of himself to minors. ORTIZ admitted to using the alias "User-1" on Instagram. ORTIZ admitted to receiving videos from MV1 and observed MV1 utilizing an object for masturbation. ORTIZ admitted to having online contact with minors as young as 15 years old, with the most recent occurrence being

approximately one month ago. ORTIZ also confirmed that he previously used phone number x8184 before obtaining a new phone number.

**CONCLUSION**

26. I submit that this affidavit supports probable cause that Sam Jesus ORTIZ III violated 18 U.S.C. §§ 2251(a) (sexual exploitation of a child and attempt), 2422(b) (coercion and enticement of a minor and attempt), and 1470 (transfer of obscene material to a minor and attempt).

Respectfully submitted,

Michael Wagner, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date: October 2, 2026